# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
AUG 13 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

CALVIN L. WHITE,

*Plaintiff(s)*
v.
HOMER LAUGHLIN CHINA CO.,

Civil Action No. 5:18-CV-151

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: Defendant's Motion to dismiss the Amended Complaint is GRANTED; and this Civil Action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

**Cheryl Dean Riley**

*CLERK OF COURT*
Cheryl Dean Riley

Date: August 13, 2019

By: *J-O. Abraham*
*Signature of Clerk or Deputy Clerk*